UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80824-CIV-MARRA/JOHNSON

EXHIBIT ICONS, LLC et al.,

      Plaintiffs,

vs.

XP COMPANIES, LLC, et al.,

      Defendants.

_____/

**<u>ORDER</u>**

This cause is before the Court upon Plaintiffs' Unopposed Motion to File Jurisdictional Discovery Deposition Transcripts (DE 83), filed September 25, 2008.  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiffs sought to file numerous documents under seal in conjunction with filing their response to a motion to dismiss.  Plaintiffs have requested these items be filed under seal due to the "confidential information relating to certain of [Defendant's] business dealings" that was revealed during the examinations.  Plaintiffs state that they filed the motion to seal as an "accommodation" to Defendants.  Upon review, the Court issued an order to show cause why the sealing should not be limited to the confidential portions of each deposition as opposed to the entire deposition (DE 81).  Defendants have responded (DE 90) and provided the Court with the portions of the depositions and exhibits that they want to remain sealed.

The Court will allow these items to be sealed.  In order to have a clear record in this case, the Court orders Plaintiffs to file publically all depositions and exhibits that have not been designated as sealed.  In addition, Plaintiff shall file separately the sealed portions with the Court.

The Court directs Plaintiffs to file these documents because they are being used to support their response memorandum.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' Unopposed Motion to File Jurisdictional Discovery Deposition Transcripts (DE 83) is **GRANTED IN PART AND DENIED IN PART.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15th day of October, 2008.

KENNETH A. MARRA
United States District Judge